COLUMBUS BAR ASSOCIATION *v.* HARTWELL.

[Cite as Columbus Bar Assn. *v.* Hartwell (1989), 43 Ohio St. 3d 606.]

(No. D.D. 87-14—Submitted April 26, 1989—Decided May 31, 1989.)

ON APPLICATION FOR REINSTATEMENT.

The application for reinstatement to the practice of law is granted. Leda M. C. Hartwell is reinstated to the practice of law in the state of Ohio.

(For earlier case, see [1988], 35 Ohio St. 3d 258, 520 N.E. 2d 226.)

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.